UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERIOLD B. LEVI, | No. 2:19-CV-01162-TLN-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| RICK HILL, et al., | |
| Defendants. | |

Plaintiff Geriold B. Levi ("Plaintiff"), a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 3, 2019, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 14.) No objections to the Findings and Recommendations have been filed.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 3, 2019 (ECF No. 14), are adopted in full;

2. Plaintiff's 8th Amendment claim against Defendant Hill is DISMISSED, without leave to amend, *Lopez v. Smith*, 203 F.3d 1122, 1130 (9th Cir. 2000); *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 713 F.3d 502, 520 (9th Cir. 2013); and

3. This action shall proceed on Plaintiff's 8th Amendment claims against Defendants Crawford and Buchanan.

IT IS SO ORDERED.

Dated: November 12, 2019

Troy L. Nunley
United States District Judge