IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERIOLD B. LEVI,** | Case No. 2:19-cv-01162-TLN-DMC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **J. CRAWFORD, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Ex Parte Application for Relief from Court Reporter Physical Presence Requirement Under F.R.C.P. 28 is GRANTED.  The court reporter is not required to be in the same physical location as the Plaintiff deponent during his deposition.

Dated:  May 28, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1