**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERIOLD B. LEVI,<br><br>       Plaintiff,<br><br>    v.<br><br>J. CRAWFORD, et al.,<br><br>       Defendants. | No. 2:19-CV-1162-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Defendants' motions, ECF Nos. 31 and 32, to modify the schedule for this litigation to extend the dispositive motion filing deadline. Good cause appearing therefor, Defendants' motions are granted. Any dispositive motions shall be filed by March 10, 2021. Defendants' motion for terminating sanctions will be addressed by separate findings and recommendations.

IT IS SO ORDERED.

Dated:  December 15, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1