IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERIOLD B. LEVI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. CRAWFORD, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-1162-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No. 38, to vacate the schedule for this matter pending final resolution of their motion for terminating sanctions. Good cause appearing therefor, Defendants' motion is granted. The schedule is vacated pending further order of the Court.

　　　　IT IS SO ORDERED.

Dated: March 23, 2021

　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1